IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NU RIDE INC., et al.,<br><br>                Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br>(Bankr. D. Del.) |
| RAHUL SINGH, PRAVESH SINGH and RENU SINGH,<br><br>                Appellants,<br><br>   v.<br><br>NU RIDE, INC.,<br><br>                Appellee. | C.A. No. 24-1318 (MN) |

**<u>ORDER</u>**

At Wilmington, this 22nd day of January 2025;

WHEREAS, on January 21, 2025, Magistrate Judge Christopher J. Burke issued an Order (D.I. 6) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court; and

WHEREAS, the Court finds no clear error on the face of the record and does not find the recommendations contained in the order to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the recommendations set forth in the order are ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that, pursuant to the parties' agreement (D.I. 6 at 2), the following briefing schedule shall govern this appeal:

| | |
|---|---|
| Opening Brief: | February 14, 2025 |
| Responsive Brief: | Thirty (30) days after the filing of the Opening Brief |

Reply Brief:                Fourteen (14) days after the filing of the
                            Answering Brief

_____
The Honorable Maryellen Noreika
United States District Judge